```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         )
     Petitioner,                 )
                                 )
     v.                          )    C.R. No. 92-10228
                                 )
JOHN MARSHALL                    )
     Respondent.                 )
```

MEMORANDUM & ORDER

WOLF, D.J.                                        November 21, 2006

Defendant James Marshall has requested that this court stay the proceedings concerning the government's motion that he be compelled to submit a blood sample from which a DNA sample can be extracted until the First Circuit decides the pending appeal in United States v. Weikert, 421 F. Supp. 2d 259 (D. Mass. 2006) in which the district judge entered a preliminary injunction against requiring the defendant in that case to submit a blood sample as it was likely that the defendant would show such an order to be unlawful. If this court decided at the scheduled November 22, 2006 hearing to order Marshall to submit such a sample, it would stay the order pending the First Circuit's decision to Weikert. Therefore, it is in the interest of the efficient administration of justice to grant Marshall's motion to issue a stay now.

Accordingly, it is hereby ORDERED that:

1. Defendant's Motion to Stay Proceedings (Docket No. 99) is ALLOWED and this case is STAYED.

2. The November 22, 2006 hearing is CANCELLED.

3.   The parties shall within 14 days of the First Circuit's decision in <u>Weikert</u> report on the implications of it for this matter.

/s/      MARK L. WOLF<br>UNITED STATES DISTRICT JUDGE